1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

9   UNITED STATES OF AMERICA     )   No. 07-02337M-TUC-CKJ (HCE)
                     )
10         Plaintiff,     )   **ORDER**
                     )
11   vs.                 )
                     )
12                 )
   ROCKY COYE ESTES,      )
13                 )
        Defendant.    )
14                 )
15  _____)
                 )
16

17       On November 29, 2007, United States Magistrate Judge Hector C. Estrada issued his

18  Report and Recommendation ("R&R") [Doc. #15].  Neither party objected within ten days

19  of that order as allowed by 28 U.S.C. § 636(b).

20       In conclusion, the Court has carefully reviewed the R&R and finds Magistrate Judge

21  Estrada's analysis well-reasoned with no clear error. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ.

22  P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v.*

23  *Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

24  Accordingly,

25       IT IS HEREBY ORDERED that:

26     (1)    The Report and Recommendation (Doc. #15) is ADOPTED;

27     (2)    The Defendant's arrest record under the above case shall be expunged.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(3)     The United States Attorney shall file a certification that such records that might be exchanged between the Attorney General and other federal, state, city governments or agencies, or penal and other institutions have been expunged as well.

DATED this 20th day of December, 2007.

_____
Cindy K. Jorgenson
United States District Judge